UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| RAYNALDO R. CASTILLO | § | Case Number: 17-80613 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

The undersigned certifies that on __November 2___, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Gary Flanders
One Court Place Suite 201
Rockford, IL 61101

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

　　　　　　　　　　　　　　　　　　　　　　/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

CGH Health Centers, Ltd
101 E. Miller Rd
Sterling, IL 61081-1252

CGH Health Centers, Ltd
RRCA Accounts Mgmt, Inc.
201 E. Third St.
Sterling, IL 61081-3611

CGH Medical Center
100 E. LeFevre Rd
Sterling, IL 61081-1279

CGH Medical Center
H&R Accounts
PO Box 672
5320-22nd Ave.
Moline, IL 61265-3627

Comcast-Chicago
Credit Management LP
4200 International Parkway
Carrollton, TX 75007-1912

Comcast-Chicago
PO Box 3001
Southeastern, PA 19398-3001

Community State Bank
1801 First Ave
Rock Falls, IL 61071-3500

Sauk Valley Bank & Trust
201 W. Third St
PO Box 1063
Sterling, IL 61081-8063

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

US Bank Home Mortgage
4801 Frederica St.
Owensboro, KY 42301-7441

Raynaldo R Castillo
202-6th Avenue
Rock Falls, IL 61071-1122