## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: CASTILLO, RAYNALDO R         § Case No. 17-80613
                                    §
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $91,168.00                     Assets Exempt: $41,068.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,939.24      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $11,224.89

---

    3) Total gross receipts of $ 72,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 49,835.87 (see **Exhibit 2**), yielded net receipts of $22,164.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,224.89 | 11,224.89 | 11,224.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 13,197.88 | 10,939.24 | 10,939.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,422.77 | $22,164.13 | $22,164.13 |

  4)  This case was originally filed under Chapter 7 on March 17, 2017. The case was pending for 9 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2017          By: /s/JOSEPH D. OLSEN
                                   Trustee

  **STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/5 of 1/2 of 9 acres located in Harlington,Texa | 1129-000 | 72,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$72,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Renee Cantu DeLaFuente | procceds to heir | 8500-002 | 13,022.06 |
| Rachelle Castillo | proceeds to heir | 8500-002 | 13,022.06 |
| Juanita Valdivia | proceeds to heir | 8500-002 | 19,533.08 |
| CASTILLO, RAYNALDO R | Dividend paid 100.00% on $4,258.67; Claim# SURPLUS; Filed: $4,258.67; Reference: | 8200-002 | 4,258.67 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$49,835.87** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,972.94 | 2,972.94 | 2,972.94 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 54.50 | 54.50 | 54.50 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,260.00 | 1,260.00 | 1,260.00 |
| Other - Sierra Title Company | 2820-002 | N/A | -65.24 | -65.24 | -65.24 |
| Other - Sierra Title Company | 3510-000 | N/A | 4,320.00 | 4,320.00 | 4,320.00 |
| Other - Sierra Title Company | 2500-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other - Sierra Title Company | 2500-000 | N/A | 677.00 | 677.00 | 677.00 |
| Other - Sierra Title Company | 2500-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Sierra Title Company | 2820-000 | N/A | 52.10 | 52.10 | 52.10 |
| Other - Sierra Title Company | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Other - Sierra Title Company | 2500-000 | N/A | 45.00 | 45.00 | 45.00 |
| Other - Sierra Title Company | 2820-000 | N/A | 240.57 | 240.57 | 240.57 |
| Other - Sierra Title Company | 2820-000 | N/A | 242.81 | 242.81 | 242.81 |
| Other - Sierra Title Company | 2820-000 | N/A | 538.48 | 538.48 | 538.48 |
| Other - Sierra Title Company | 2820-000 | N/A | 386.01 | 386.01 | 386.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.85 | 16.85 | 16.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.87 | 30.87 | 30.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,224.89 | $11,224.89 | $11,224.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RRCA Accounts Management Inc | 7100-000 | N/A | 6,563.80 | 6,563.80 | 6,563.80 |
| 1I | RRCA Accounts Management Inc | 7990-000 | N/A | 39.74 | 39.74 | 39.74 |
| 2 | Sauk Valley Bank & Trust Co. | 7100-000 | N/A | 2,258.64 | 0.00 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,309.61 | 4,309.61 | 4,309.61 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 26.09 | 26.09 | 26.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $13,197.88 | $10,939.24 | $10,939.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-80613  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** CASTILLO, RAYNALDO R  **Filed (f) or Converted (c):** 03/17/17 (f)
 **§341(a) Meeting Date:** 05/04/17
**Period Ending:** 12/21/17  **Claims Bar Date:** 08/11/17

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 202-6th Avenue, Rock Falls, IL 61071-0000, White  Imported from original petition Doc# 1 | 65,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash  Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 3 | checking: US Bank  Imported from original petition Doc# 1 | 3.00 | 0.00 | | 0.00 | FA |
| 4 | savings: US Bank  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | bed, 2 tables, dresser, sofa, dryer, stove, dini  Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | 2 TVs, 2 DVD players, with estimated retail valu  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | cell phone, with estimated retail value of $50  Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 8 | hand tools, with estimated retail value of $100  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | snowblower, with estimated retail value of $100  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's clothing, with estimated retail value o  Imported from original petition Doc# 1 | 80.00 | 0.00 | | 0.00 | FA |
| 11 | Int. in Ins. policies: Life insurance with death  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Ret. or Pension Acct.: 401k  Imported from original petition Doc# 1 | 22,000.00 | 0.00 | | 0.00 | FA |
| 13 | Estimate of 2016 tax refund: Federal  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1/5 of 1/2 of 9 acres located in Harlington,Texa  Imported from original petition Doc# 1 | 7,600.00 | 7,600.00 | | 72,000.00 | FA |
| 15 | 2006 Chevy Cobalt, 75,000 miles, subject to secu  Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 15 | Assets   Totals (Excluding unknown values) | **$98,768.00** | **$7,600.00** | | **$72,000.00** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-80613  
**Case Name:** CASTILLO, RAYNALDO R  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/17/17 (f)  
**§341(a) Meeting Date:** 05/04/17  

**Period Ending:** 12/21/17  
**Claims Bar Date:** 08/11/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    November 1, 2017 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-80613  
**Case Name:** CASTILLO, RAYNALDO R  

**Taxpayer ID #:** **-***1761  
**Period Ending:** 12/21/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0366 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/10/17 | | Sierra Title Company | net proceeds from sale of property | | | 19,533.07 | | 19,533.07 |
| | {14} | | sale price | 72,000.00 | 1129-000 | | | 19,533.07 |
| | | | water/irrigation taxes (06/27/17-12/31/17) | 65.24 | 2820-002 | | | 19,533.07 |
| | | | Rocking K Realty | -4,320.00 | 3510-000 | | | 19,533.07 |
| | | | Document preparation (King Law Firm) | -125.00 | 2500-000 | | | 19,533.07 |
| | | | Sierra Title owner's policy | -677.00 | 2500-000 | | | 19,533.07 |
| | | | escrow fee (Sierra TItle) | -325.00 | 2500-000 | | | 19,533.07 |
| | | | Tax service of Cameron County | -52.10 | 2820-000 | | | 19,533.07 |
| | | | State of Texas Policy Guaranty Fee | -3.00 | 2500-000 | | | 19,533.07 |
| | | | Overnight Delivery (Sierra Title) | -45.00 | 2500-000 | | | 19,533.07 |
| | | Renee Cantu DeLaFuente | procceds to heir | -13,022.06 | 8500-002 | | | 19,533.07 |
| | | Rachelle Castillo | proceeds to heir | -13,022.06 | 8500-002 | | | 19,533.07 |
| | | Juanita Valdivia | proceeds to heir | -19,533.08 | 8500-002 | | | 19,533.07 |
| | | | City/Town taxes | -240.57 | 2820-000 | | | 19,533.07 |
| | | | County taxes | -242.81 | 2820-000 | | | 19,533.07 |
| | | | School taxes | -538.48 | 2820-000 | | | 19,533.07 |
| | | | irrigation taxes (2016-2017) | -386.01 | 2820-000 | | | 19,533.07 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.85 | 19,516.22 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.87 | 19,485.35 |
| 11/22/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $54.50, Trustee Expenses;  Reference: | | 2200-000 | | 54.50 | 19,430.85 |
| 11/22/17 | 102 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,260.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 1,260.00 | 18,170.85 |
| 11/22/17 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,972.94, Trustee Compensation;  Reference: | | 2100-000 | | 2,972.94 | 15,197.91 |
| 11/22/17 | 104 | CASTILLO, RAYNALDO R | Dividend paid 100.00% on $4,258.67; Claim# SURPLUS; Filed: $4,258.67; Reference: | | 8200-002 | | 4,258.67 | 10,939.24 |
| 11/22/17 | 105 | Portfolio Recovery Associates, LLC | Combined Check for Claims#3,3l | | | | 4,335.70 | 6,603.54 |
| | | | Dividend paid 100.00% on $4,309.61;  Claim# 3; Filed: $4,309.61 | 4,309.61 | 7100-000 | | | 6,603.54 |

Subtotals :   $19,533.07   $12,929.53

{} Asset reference(s)

Printed: 12/21/2017 09:05 AM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-80613  
**Case Name:** CASTILLO, RAYNALDO R  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0366 - Checking Account  

**Taxpayer ID #:** **-***1761  
**Period Ending:** 12/21/17  

**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%<br>on $26.09;  Claim# 3I;<br>Filed: $26.09 | 26.09 | 7990-000 | | | 6,603.54 |
| 11/22/17 | 106 | RRCA Accounts Management Inc | Combined Check for Claims#1,1I | | | | 6,603.54 | 0.00 |
| | | | Dividend paid 100.00%<br>on $6,563.80;  Claim# 1;<br>Filed: $6,563.80 | 6,563.80 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%<br>on $39.74;  Claim# 1I;<br>Filed: $39.74 | 39.74 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 19,533.07 | 19,533.07 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 19,533.07 | 19,533.07 | |
| | | | Less: Payments to Debtors | | | | 4,258.67 | |
| | | | **NET Receipts / Disbursements** | | | **$19,533.07** | **$15,274.40** | |

| | |
|---|---|
| Net Receipts : | 19,533.07 |
| Plus Gross Adjustments : | 52,466.93 |
| Less Payments to Debtor : | 4,258.67 |
| Less Other Noncompensable Items : | 45,511.96 |
| Net Estate : | $22,229.37 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0366** | 19,533.07 | 15,274.40 | 0.00 |
| | **$19,533.07** | **$15,274.40** | **$0.00** |

{} Asset reference(s)